IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00290-RPM

HUDYE FARMS U.S., INC,
LOUIS BOX and
SANFRA BOX,

                Plaintiffs,

v.

RAIN AND HAIL, L.L.C.,

        Defendant.

_____

ORDER FOR STAY PENDING ARBITRATION
_____

On February 19, 2008, the defendant filed a motion to dismiss under Fed.R.Civ.P. 12(b)(1) or, in the alternative, to stay the plaintiffs' claims pending completion of ongoing arbitration proceedings. The plaintiffs filed their response on March 10, 2008, contending that the parties had reached a settlement as a result of mediation proceedings. The defendant's reply challenged that interpretation of a stipulated agreement of July 17, 2007, and communications from Colorado State University. There is no dispute in this case that the subject insurance policies require arbitration after mediation efforts and an arbitrator has been named by the parties. The question of whether the July 17, 2007, stipulated agreement and the subsequent correspondence with Colorado State University constitute a settlement is a matter to be decided by the arbitrator, not by this Court. Accordingly, it is

ORDERED that this civil action is stayed pending completion of arbitration proceedings.

DATED: March 31st, 2008

                                        BY THE COURT:
                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge