IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00290–RPM-BNB

HUDYE FARMS U.S., INC.,
LOUIS BOX AND SANFRA BOX

    Plaintiffs,

v.

RAIN AND HAIL, L.L.C.

    Defendant,

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

    This matter having come before this Court on the parties' Stipulated Motion to Dismiss with Prejudice, and the Court being adequately advised of the premises;

    Orders that this matter be and hereby is dismissed with prejudice, each party to bear his/her/its own attorney's fees and costs.

    Dated: October 6th, 2008.

    By the Court:

    s/Richard P. Matsch
    _____
    United States District Court Judge